**SECOND DIVISION**
**BARNES, P. J.,**
**MCFADDEN and MCMILLIAN, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**May 20, 2014**

# In the Court of Appeals of Georgia

A12A0581. SPRUILL et al. v. GEORGIA DEPARTMENT OF HUMAN SERVICES et al.

MCFADDEN, Judge.

In *Spruill v. Ga. Dept. of Human Svcs.*, 317 Ga. App. 226 (729 SE2d 654) (2012), this court reversed the trial court's dismissal of the underlying complaint. The Georgia Supreme Court reversed that opinion in *Georgia Dept. of Human Svcs. v. Spruill*, 294 Ga 100 (751 SE2d 315) (2013). We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of the trial court.

*Judgment affirmed. Barnes, P. J., and McMillian, J., concur.*